UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COURTNEY CHRISTMAN,

    Petitioner,

   v.            Case No. 25-cv-01405-JPG

RELVAS,

    Respondent.

## MEMORANDUM AND ORDER

  This case is before the Court after Plaintiff Courtney Christman failed to comply with a court order. On July 21, 2025, this case was opened without the payment of a filing fee or the filing of a motion for leave to proceed without prepaying fees or costs ("IFP motion"). That same day, the Court entered a Notice and Order advising Plaintiff of her obligation to pay the filing fee of $5.00 or to file an IFP motion within thirty days. She was provided with a blank IFP motion. Plaintiff was also warned that failure to comply with the Court's order would result in dismissal of the action. To date, Plaintiff has failed to pay the filing fee or file an IFP motion. She has not requested an extension of the deadline for doing the same. Therefore, this case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of this Court and failure to prosecute her claims. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). The Clerk of Court is DIRECTED to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED**:  October 6, 2025

          s/ J. Phil Gilbert
          **J. PHIL GILBERT**
          **United States District Judge**