UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COURTNEY CHRISTMAN,

    Petitioner,

v.

RELVAS,

    Respondent.

Case No. 25-cv-01405-JPG

## JUDGMENT

This matter having come before the Court and the plaintiff having failed to comply with a court order and to prosecute her claims,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: October 6, 2025**      MONICA A. STUMP, Clerk of Court

    s/Tina Gray, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **United States District Judge**